# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**SEPTEMBER 2026** **01507**

E-Filing Number: 2609027909

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| --- | --- |
| TYLIYAH B. LEE | BRANDON CASEY |
| PLAINTIFF'S ADDRESS<br>6100 CITY AVENUEAPT. 417<br>PHILADELPHIA PA 19131 | DEFENDANT'S ADDRESS<br>3550 MAPLE HILL ROAD<br>LITHONIA GA 30038 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [X] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [X] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [ ] Jury
- [X] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE

2B - ASSAULT, BATTERY

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
SEP 13 2026
B. BALILONIS

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: TYLIYAH B LEE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
| --- | --- |
| JEFFREY B. FIRST | 6100 CITY AVENUE, SUITE 417<br>PHILADELPHIA PA 19131 |
| PHONE NUMBER: (215)307-3939<br>FAX NUMBER: none entered | |
| SUPREME COURT IDENTIFICATION NO.<br>54198 | E-MAIL ADDRESS<br>jeff@jefffirstlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*JEFFREY FIRST* | DATE SUBMITTED<br>Sunday, September 13, 2026, 09:58 am |

# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# COURT OF COMMON PLEAS OF PHILADELPHIA

OFFICE OF JUDICIAL RECORDS · FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
Filed and Attested by the
Office of Judicial Records
13 SEP 2026 09:58 am
B. BALILONIS

Tyliyah S. Lee,
Plaintiff

v.

Brandon Casey,
Defendant

September Term
2026

No.

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| Tyliyah S. Lee<br><br>Plaintiff<br>v.<br><br>Brandon Casey<br><br>Defendant | CIVIL ACTION<br>SEPTEMBER TERM 2026<br><br>NO: |

COMPLAINT

Plaintiff Tyliyah S. Lee ("Lee"), by and through undersigned counsel, hereby presents her Complaint against Defendant Brandon Casey ("Casey"), and in support thereof, states as follows:

PARTIES

1. Plaintiff Lee is a citizen of the Commonwealth of Pennsylvania with an address at her counsel's office, Jeffrey B. First, 6100 City Avenue, Suite 417, Philadelphia, PA 19131.

2. Defendant Casey is a citizen of the State of Georgia with a residence address of 3550 Maple Hill Road, Lithonia, Georgia 30038

JURISDICTION AND VENUE

3. Pursuant to 42 Pa. C.S. 5322(3), jurisdiction exists over the Defendant who caused harm by taking actions in the Commonwealth of Pennsylvania.

4. Pursuant to Rule 1006 (a) (2) and (3) of the Pennsylvania Rules of Civil Procedure, venue is proper in this Court because this is where the cause of action arose and where occurrences took place that gave rise to the cause of action.

## FACTUAL ALLEGATIONS

5.At all times material hereto, Lee has been a songwriter for R&B music and entertainers. Lee is currently twenty nine years old.

6. At all times material hereto, Casey has been an entertainer in the R&B industry and a member of the band Jagged Edge.

7. In 2003, Lee met Casey at a community event.

8. Previous to her attendance at the community event, Lee had written a song titled "Walked Out of Heaven." When she wrote this song, Lee was six years old and extremely talented at a young age.

9. At her initial meeting with Casey at the community event, Lee showed the written song to Casey and he proceeded to confiscate the song and steal it from her. To this day, neither Casey nor Jagged Edge have compensated Lee even though the song became an R&B hit.

10. After the community event, on five separate occasions Casey sought Lee out.

11. On each of the five occasions, when Lee was between six and ten years old, Casey sexually assaulted Lee, knowing full well her age and lack of consent..

12. These sexual assaults consisted of sexual intercourse without the consent of Lee, a minor at the time of the sexual assaults. All of the assaults took place in Philadelphia, Pennsylvania.

13. As a result of the sexual assaults, Lee has suffered severe emotional distress, and substantial depression and anxiety.

14. As described herein, the conduct of Casey was willful, wanton and done with malice.

LEGAL CLAIM: Battery (Sexual Assaults)

15. Lee incorporates the preceding allegations as though set forth herein.

16. As described herein, Casey has committed a battery against Lee in the form of five sexual assaults.

17. The sexual assaults consisted of sexual intercourse without the consent of Lee, a minor at the time.

18. As a result of the sexual assaults, Lee has suffered harm including severe emotional distress and substantial depression and anxiety.

19. Lee requests compensatory damages for these harms.

20. Lee also requests punitive damages because of the intentional misconduct of Casey.

Wherefore, Lee respectfully requests an award in excess of $50,000.00 consisting of both compensatory and punitive damages.

Jeffrey B. First, Esquire
6100 City Avenue, Suite 417
Philadelphia, PA 19131
Attorney I. D. No. 54198
(215) 307-3939
*Attorney for Plaintiff*

# VERIFICATION

I, Tyliyah S. Lee, say that I am familiar with the averments contained in the foregoing Complaint and the same are true to my knowledge, information and belief. I understand that I make this Verification under the unsworn falsification to authorities provision at 18 Pa. C.S.A. 4904.

Tyliyah S. Lee