# EXHIBIT B

# PHILADELPHIA COURT OF COMMON PLEAS
# PETITION/MOTION COVER SHEET

**FOR COURT USE ONLY**

| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |
|---|---|
| | |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response.*
*Status may be obtained online at http://courts.phila.gov*

**CONTROL NUMBER:**

26103409

**(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)**

September (*Month*) Term, 2026 (*Year*)

No. 01507

LEE VS CASEY

Name of Filing Party:
TYLIYAH B LEE-PLF

**INDICATE NATURE OF DOCUMENT FILED:**

☐ Petition *(Attach Rule to Show Cause)* ☒ Motion
☐ Answer to Petition ☐ Response to Motion

**Has another petition/motion been decided in this case?** ☐ Yes ☒ No
**Is another petition/motion pending?** ☐ Yes ☒ No
*If the answer to either question is yes, you must identify the judge(s):*

| TYPE OF PETITION/MOTION (see list on reverse side) | PETITION/MOTION CODE (see list on reverse side) |
|---|---|
| MOTION FOR ALTERNATIVE SERVICE | MTSVR |

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

**I. CASE PROGRAM**

OTHER PROGRAM

Court Type: MAJOR NON JURY EXPEDITED
Case Type: ASSAULT, BATTERY

**II. PARTIES** *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

JEFFREY B FIRST
6100 CITY AVENUE, SUITE 417 ,
PHILADELPHIA PA 19131

BRANDON CASEY
3550 MAPLE HILL ROAD , LITHONIA GA
30038

JOHN PADOVA
CITY HALL ROOM 469 , PHILADELPHIA PA
19107

BRIAN KISIELEWSKI
RM. 692 CITY HALL BROAD AND MARKET
STS. , PHILADELPHIA PA 19107

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

| *(Attorney Signature/Unrepresented Party)* | October 14, 2026 *(Date)* | JEFFREY B. FIRST *(Print Name)* | *(Attorney I.D. No.)* |
|---|---|---|---|

**The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.**
**No extension of the Answer/Response Date will be granted even if the parties so stipulate.**

14 OCT 2026 05:17 pm
Civil Administration
A. MALONIS

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| Tyliyah S. Lee<br><br>Plaintiff<br>v.<br><br>Brandon Casey<br><br>Defendant | CIVIL ACTION<br>SEPTEMBER TERM 2026<br><br>NO:01507 |

ORDER

AND NOW this ___ day of ________, 2026, upon consideration of Plaintiff's Motion for Alternative Service, it is hereby ordered that the Motion is granted. Plaintiff is permitted to serve the Complaint upon Defendant by posting at Defendant's residence, regular mail and certified mail.

_______________________________

J.

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| Tyliyah S. Lee<br><br>Plaintiff<br>v.<br><br>Brandon Casey<br><br>Defendant | CIVIL ACTION<br>SEPTEMBER TERM 2026<br><br>NO:01507 |

## MOTION FOR ALTERNATIVE SERVICE

Plaintiff Tyliyah S. Lee ("Lee"), by and through undersigned counsel, hereby presents her Motion for Alternative Service pursuant to Pennsylvania Rule of Civil Procedure 430, and in support thereof, states as follows:

1. Plaintiff has filed a Complaint in the instant case.

2. In the Complaint, Plaintiff alleges that Defendant sexually assaulted her a total of five times when she was between the ages of six and ten. All sexual assaults occurred in Philadelphia. Plaintiff is a songwriter and Defendant is a member of the famous R&B band known as Jagged Edge. Defendant now resides in Georgia. A copy of the Complaint is attached hereto as Exhibit A.

3. Personal jurisdiction over Defendant exists in Pennsylvania. See 42 Pa. C.S.A 5322 (3), where jurisdiction over an individual exists when acts are undertaken in Pennsylvania and cause harm, such as sexual assaults.

4. For the Complaint, Plaintiff retained the services of an investigator to locate the whereabouts of Defendant. The investigator found the correct address as listed in the Complaint.

5. Thereafter, Plaintiff retained a process server based in Georgia to serve Defendant with the Complaint. A copy of the Process Server's Affidavit of Due Diligence is attached hereto as Exhibit B.

6. In the Affidavit of Due Diligence, the process server notes that he made five attempts to serve Defendant. In particular, on September 18, 2026, he attempted to make service but no one would respond at the property even though the television was on, as well as lights flashing. Similarly, on September 19, 2026, the Defendant refused to come to the door even though the lights were on. Finally, the process server in his Affidavit noted that, on September 23, 2026, he saw packages outside the property where the process server was attempting to effectuate service. Defendant's name was on the packages. In light of the foregoing, it is readily apparent that Defendant is attempting to evade service.

7. Before the filing of the Complaint, counsel for the Defendant and undersigned counsel exchanged emails to discuss the dispute. Defendant's counsel is based in Georgia,

8. After the filing of the Complaint, on two separate occasions by electronic mail, undersigned counsel contacted counsel for Defendant to request that he accept service of the Complaint for his client. Defendant's counsel ignored the requests. A copy of the emails is attached hereto as Exhibit C.



Case ID: 260901507
Control No.: 26103409

9. In light of the foregoing, it is readily apparent that Defendant is evading service and counsel may well be assisting him.

10. Pursuant to Rule 430 of the Pennsylvania Rules of Civil Procedure, Plaintiff respectfully requests that alternative methods of service be permitted by the Court.

11. In light of the foregoing, Plaintiff requests Court permission to serve the Complaint by posting at Defendant's residence and by regular mail and certified mail. If alternative service is not permitted, Plaintiff will not be able to proceed with her valid Complaint for sexual assault, and consequently will suffer extreme prejudice.

12. A copy of a Proposed Order is attached.

13. Plaintiff respectfully requests oral argument on this Motion.

Jeffrey B. First, Esquire
6100 City Avenue, Suite 417
Philadelphia, PA 19131
Attorney I. D. No. 54198
(215) 307-3939
*Attorney for Plaintiff*



Case ID: 260901507
Control No.: 26103409

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| Tyliyah S. Lee<br><br>Plaintiff<br>v.<br><br>Brandon Casey<br><br>Defendant | CIVIL ACTION<br>SEPTEMBER TERM 2026<br><br>NO:01507 |

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE

Plaintiff Tyliyah S. Lee ("Lee"), by and through undersigned counsel, hereby presents her Memorandum of Law in Support of Motion for Alternative Service Pursuant to Pennsylvania Rule of Civil Procedure Rule 430.

## I. MATTER BEFORE THE COURT

Plaintiff seeks alternative service pursuant to Pennsylvania Rule of Civil Procedure 430.

## II. STATEMENT OF ISSUES INVOLVED

Should the Court enter an Order permitting alternative service of process of Plaintiff's Complaint, pursuant to Plaintiff's Motion for Alternative Service pursuant to Pennsylvania Rule of Civil Procedure 430.

Suggested Answer: Yes

## III. FACTUAL BACKGROUND

Plaintiff has brought this action to obtain redress for the five sexual assaults perpetrated upon her by Defendant all of which occurred when she was between the ages of six and ten. Defendant is a singer with the R&B band Jagged Edge. As spelled out in the Complaint, Plaintiff has suffered severe emotional distress and significant depression and anxiety because of the sexual assaults.

Plaintiff filed her Complaint on September 13, 2026. Subsequently, Plaintiff retained the services of a process server who attempted on five occasions to serve Defendant at Defendant's address. As recounted in the Motion, Defendant is evading service. Also, Defendant's counsel has ignored requests to accept service of the Complaint.

## IV. LEGAL ARGUMENT

It is well settled that, pursuant to Rule 430 of the Pennsylvania Rules of Civil Procedure, the Court may grant an Order for Alternative Service where a defendant has evaded service. Pursuant to the Court's Order, Plaintiff would be permitted to serve the Complaint by posting it at Defendant's residence, and mailing the Complaint by certified mail and regular mail. Otherwise, Plaintiff will be prejudiced in her mission to achieve justice.

V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court issue the proposed Order permitting Plaintiff to serve the Complaint by posting at Defendant's residence, and by regular mail and certified mail.

Jeffrey B. First, Esquire
6100 City Avenue, Suite 417
Philadelphia, PA 19131
Attorney I. D. No. 54198
(215) 307-3939
*Attorney for Plaintiff*



Case ID: 260901507
Control No.: 26103409

**CERTIFICATE OF SERVICE**

I, Jeffrey B. First, attorney for Plaintiff, certify that, this 14th day of October 2026, I served a copy of the foregoing Motion for Alternative Service by regular mail, postage prepaid upon the following individual:

Brandon Casey
3550 Maple Hill Road
Lithonia, Georgia 30038

______________________
Jeffrey B. First, Esquire

Exhibit A

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

OFFICE OF JUDICIAL RECORDS
JUDICIAL DISTRICT OF PENNSYLVANIA
Filed and Attested by the
Office of Judicial Records
13 SEP 2026 09:58 am
BALILONIS

Tyligah S. Lee,
Plaintiff

v.

Brandon Carey,
Defendant

September Term
2026

No. ~~11875~~
01507

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**



Case ID: 260901507
Control No.: 26103409

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| Tyliyah S. Lee<br><br>Plaintiff<br>v.<br><br>Brandon Casey<br><br>Defendant | CIVIL ACTION<br>SEPTEMBER TERM 2026<br><br>NO: 01507 |

COMPLAINT

Plaintiff Tyliyah S. Lee ("Lee"), by and through undersigned counsel, hereby presents her Complaint against Defendant Brandon Casey ("Casey"), and in support thereof, states as follows:

PARTIES

1. Plaintiff Lee is a citizen of the Commonwealth of Pennsylvania with an address at her counsel's office, Jeffrey B. First, 6100 City Avenue, Suite 417, Philadelphia, PA 19131.

2. Defendant Casey is a citizen of the State of Georgia with a residence address of 3550 Maple Hill Road, Lithonia, Georgia 30038

JURISDICTION AND VENUE

3. Pursuant to 42 Pa. C.S. 5322(3), jurisdiction exists over the Defendant who caused harm by taking actions in the Commonwealth of Pennsylvania.

4. Pursuant to Rule 1006 (a) (2) and (3) of the Pennsylvania Rules of Civil Procedure, venue is proper in this Court because this is where the cause of action arose and where occurrences took place that gave rise to the cause of action.

## FACTUAL ALLEGATIONS

5.At all times material hereto, Lee has been a songwriter for R&B music and entertainers. Lee is currently twenty nine years old.

6. At all times material hereto, Casey has been an entertainer in the R&B industry and a member of the band Jagged Edge.

7. In 2003, Lee met Casey at a community event.

8. Previous to her attendance at the community event, Lee had written a song titled "Walked Out of Heaven." When she wrote this song, Lee was six years old and extremely talented at a young age.

9. At her initial meeting with Casey at the community event, Lee showed the written song to Casey and he proceeded to confiscate the song and steal it from her. To this day, neither Casey nor Jagged Edge have compensated Lee even though the song became an R&B hit.

10. After the community event, on five separate occasions Casey sought Lee out.

11. On each of the five occasions, when Lee was between six and ten years old, Casey sexually assaulted Lee, knowing full well her age and lack of consent..

12. These sexual assaults consisted of sexual intercourse without the consent of Lee, a minor at the time of the sexual assaults. All of the assaults took place in Philadelphia, Pennsylvania.

13. As a result of the sexual assaults, Lee has suffered severe emotional distress, and substantial depression and anxiety.

14. As described herein, the conduct of Casey was willful, wanton and done with malice.



Case ID: 260901507
Control No.: 26103409

LEGAL CLAIM: Battery (Sexual Assaults)

15. Lee incorporates the preceding allegations as though set forth herein.

16. As described herein, Casey has committed a battery against Lee in the form of five sexual assaults.

17. The sexual assaults consisted of sexual intercourse without the consent of Lee, a minor at the time.

18. As a result of the sexual assaults, Lee has suffered harm including severe emotional distress and substantial depression and anxiety.

19. Lee requests compensatory damages for these harms.

20. Lee also requests punitive damages because of the intentional misconduct of Casey.

Wherefore, Lee respectfully requests an award in excess of $50,000.00 consisting of both compensatory and punitive damages.

Jeffrey B. First, Esquire
6100 City Avenue, Suite 417
Philadelphia, PA 19131
Attorney I. D. No. 54198
(215) 307-3939
*Attorney for Plaintiff*



Case ID: 260901507
Control No.: 26103409

## VERIFICATION

I, Tyliyah S. Lee, say that I am familiar with the averments contained in the foregoing Complaint and the same are true to my knowledge, information and belief. I understand that I make this Verification under the unsworn falsification to authorities provision at 18 Pa. C.S.A. 4904.

Tyliyah S. Lee



Case ID: 260901507
Control No.: 26103409

Exhibit B

**COURT OF COMMON PLEAS**

**PHILADELPHIA COUNTY**

**CASE NO.: 260901507**

**AFFIDAVIT OF DUE DILIGENCE**

**Tyliyah**

vs.

**Brandon Casey**

Received by **Best Legal Services, Inc.** on **09/14/2026** at **12:37 PM** to be served upon:

**Brandon Casey**
**3550 Maple Hill Road**
**Lithonia, GA 30038**

ss.

I, **Anjenai Green**, depose and say that:

On **09/23/2026** at **5:30pm**, I discontinued attempting service of the within **Cover Letter, Complaint** on **Brandon Casey** for the reason(s) listed in the comments below:

Comments/Prev. Attempts: **Attempted 9-17-2026 @ 8:43AM, no answer at the door and observed no movement inside. 9-18-2026 @ 7:44PM no answer at the door, though a television and flashing lights were observed inside. A black Mercedes SUV was parked on the premises. 9-19-26 @ 7:45pm, lights on, knocked loudly and no answer. 9-21-26 @ 8:15am, Knocked loudly and no answer. 9-23-26 @ 5:30pm. No answer, packages on the porch address to Brandon Casey.**

Sworn to and subscribed before me on this 11 day of OCTOBER, 2026.

NOTARY PUBLIC

Milton Nolen
NOTARY PUBLIC
Cherokee County, GEORGIA
My Commission Expires 09/29/2027

X

Anjenai Green - Cert/Appt#: -
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 340
Philadelphia, PA 19103
(215) 567-7777
Atty File#: - Our File# **133470**

Case ID: 260901507
Control No.: 26103409

Exhibit C

Outlook

## Suit against Brandon Casey

**From** Jeff First <jeff@jefffirstlaw.com>
**Date** Mon 10/5/2026 2:03 PM
**To** Rose, John <jrose@foxrothschild.com>
**Bcc** Tyliyah L Johnson <ljohnsontyliyah@gmail.com>

Mr. Rose, we have filed a lawsuit against Brandon Casey here in Philadelphia.

Will you agree to accept service of the Complaint?

Jeff First

Jeffrey B. First, Esquire
6100 City Avenue
Suite 417
Philadelphia, PA 19131
(215) 307-3939 (o)
(215) 704-1879 (c)
www.jefffirstlaw.com

Outlook

## follow up re Brandon Casey

**From** Jeff First <jeff@jefffirstlaw.com>
**Date** Tue 10/6/2026 1:37 PM
**To** Rose, John <jrose@foxrothschild.com>

John, do not mean to be a stickler, but need to set forth a deadline.
Now that we have filed the Complaint, my client wants the case
To move expeditiously. Hence, I need to know whether you can
Accept service for Mr. Casey by close of business (5pm) tomorrow.
If you cannot accept service, we will proceed with other measures.

Jeff

Jeffrey B. First, Esquire
6100 City Avenue
Suite 417
Philadelphia, PA 19131
(215) 307-3939 (o)
(215) 704-1879 (c)
www.jefffirstlaw.com

Case ID: 260901507
Control No.: 26103409

14 OCT 2026 05:17 pm
Civil Administration
A. MALONIS

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

Tyliyah S. Lee

Plaintiff

v.

Brandon Casey

Defendant

CIVIL ACTION
SEPTEMBER TERM 2026

NO:01507

ORDER

AND NOW this 20TH day of OCTOBER, 2026, upon consideration of Plaintiff's Motion for Alternative Service, it is hereby ordered that the Motion is granted. Plaintiff is permitted to serve the Complaint upon Defendant by posting at Defendant's residence, regular mail and certified mail.

J.

ORDER-Lee Vs Casey [JYB]

26090150700007

FILED
2026 OCT 20 PM 3:16
...IAL RECORDS
...ICIAL DISTRICT PA

Case ID: 260901507
Control No.: 26103409