**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TYLIYAH S. LEE,<br>*Plaintiff,*<br><br>v.<br><br>BRANDON CASEY,<br>*Defendant.* | NO. 2:26-cv-08824 |

**DEFENDANT BRANDON CASEY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 (a)(2), Defendant Brandon Casey ("Casey") states that he is an individual and a citizen of the state of Georgia. Casey will promptly file a supplemental statement if any of the foregoing changes.

Dated: November 19, 2026

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Michael Eidel*
Michael Eidel, Esquire (Atty No. 92498)
Nicholas J. Guiliano, Esquire (Atty No. 332158)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Phone: (215) 299-2000
meidel@foxrothschild.com
nguiliano@foxrothschild.com

*Attorneys for Brandon Casey*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I caused a true and correct copy of the foregoing Disclosure Statement to be served upon the following counsel via electronic mail and first-class mail, postage pre-paid:

Jeffrey B. First, Esquire
Law Office of Jeffrey B. First
6100 City Avenue, Suite 417
Philadelphia, PA 19131
jeff@jefffirstlaw.com

*Attorney for Plaintiff Tyliyah S. Lee*

**FOX ROTHSCHILD LLP**

*/s/ Michael Eidel*
Michael Eidel, Esquire (Atty No. 92498)